David E. Hallett, Esq. (SBN 221828)
dhallett@buhalaw.com
Eric L. Springe, Esq. (SBN 326044)
espringe@buhalaw.com
BUSCEMI HALLETT LLP
555 West Beech Street, Suite 450
San Diego, California 92101
Tel: (619) 231-5900
Fax: (619) 231-5905

Attorneys for Plaintiff MICHAEL J. FORBUSH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. FORBUSH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NTI-CA INC., a Nevada Corporation, dba NTI GROUND TRANS; JOHN E. KINDT, an individual; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.: 22-cv-00141-H-RBB<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOHN E. KINDT**<br><br>*[Concurrently filed with Declaration of Eric L. Springe in Support of Plaintiff's Request for Default Against Defendant John E. Kindt]* |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff MICHAEL J. FORBUSH hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant JOHN E. KINDT on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant on February 18, 2022, evidenced by the proof of service of summons on file with this Court. (Document No. 4.)

Defendant has not appeared in this action and has not responded to the complaint within the time permitted by law.

The above stated facts are set forth in the accompanying declaration of Eric L. Springe, filed herewith.

Dated:       April 26, 2022                    BUSCEMI HALLETT LLP

/s/ Eric L. Springe
_____
David E. Hallett
Eric L. Springe
Attorneys for Plaintiff
MICHAEL J. FORBUSH