1  David E. Hallett, Esq. (SBN 221828)
   dhallett@buhalaw.com
2  Eric L. Springe, Esq. (SBN 326044)
3  espringe@buhalaw.com
   BUSCEMI HALLETT LLP
4  555 West Beech Street, Suite 450
5  San Diego, California 92101
   Tel:  (619) 231-5900
6  Fax:  (619) 231-5905
7
8  Attorneys for Plaintiff MICHAEL J. FORBUSH
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL J. FORBUSH, an individual, | Case No.: 22-cv-00141-H-RBB |
|---|---|
| Plaintiff, | **NOTICE OF DEFENDANT NTI-CA, INC.'S PENDING CHAPTER 11 BANKRUPTCY PROCEEDING** |
| v. | |
| NTI-CA INC., a Nevada Corporation, dba NTI GROUND TRANS; JOHN E. KINDT, an individual; and DOES 1 through 10 inclusive, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant NTI-CA, INC. filed a petition for bankruptcy under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada as Case No. 22-10459-nmc on February 10, 2022.

/ / /

/ / /

     Counsel for Defendant NTI-CA, INC. has informed Plaintiff that Defendant NTI-CA, INC. will not be rendering an appearance in this action because Defendant NTI-CA, INC.'s petition for bankruptcy operates as an automatic stay of all proceedings against the debtor pursuant to 11 U.S. Code § 362.

Dated:  April 26, 2022            BUSCEMI HALLETT LLP

/s/ Eric L. Springe
_____
David E. Hallett
Eric L. Springe
Attorneys for Plaintiff
MICHAEL J. FORBUSH