

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael J. Forbush, an individual<br><br>**Plaintiff,**<br>V.<br><br>NTI-CA Inc., et al<br><br>**Defendant.** | Civil No.   22cv0141-H-RBB<br><br>**DEFAULT** |

    It appears from the record in the above entitled action that Summons issued on the Original Complaint, filed on 2/1/2022, has been regularly served upon each of the Defendants hereinafter named. It appears from the affidavit of counsel for Plaintiff and the records herein that the Defendant John E. Kindt has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT for the following Defendant is hereby entered: John E. Kindt, an individual.

Entered On:  4/27/2022

**JOHN MORRILL, Clerk of Court**

By:  s/ J. Simmons

J. Simmons, Deputy