David E. Hallett, Esq. (SBN 221828)
dhallett@buhalaw.com
Patricia Tagufa (SBN 342200)
ptagufa@buhalaw.com
BUSCEMI HALLETT LLP
555 West Beech Street, Suite 450
San Diego, California 92101
Tel:  (619) 231-5900
Fax:  (619) 231-5905

Attorneys for Plaintiff MICHAEL J. FORBUSH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. FORBUSH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NTI-CA INC., a Nevada Corporation, dba NTI GROUND TRANS; JOHN E. KINDT, an individual; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.:  22-cv-00141-H-RBB<br><br>**PLAINTIFF'S NOTICE AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS JOHN E. KINDT AND NTI-CA, INC.**<br><br>Hearing Date: January 6, 2025<br>Hearing Time: 10:30 a.m.<br>Courtroom: 15A<br>Judge: Hon. Marilyn L. Huff |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE THAT on January 6 2025, at 10:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 15A before The Honorable Marilyn L. Huff for the U.S. District Court for the Southern District of California, located at 333 West Broadway, San Diego, CA 92101, Plaintiff MICHAEL J. FORBUSH (herein, "Plaintiff") will move for entry of default judgment against Defendant NTI-CA, INC. and Defendant JOHN E. KINDT (herein, "Defendants") awarding Plaintiff compensatory damages,

statutory damages, statutory penalties, costs, attorney fees pursuant to 29 U.S.C. § 1132(g)(1), pre-judgment interest, and post-judgment interest, consistent with the relief requested in Plaintiff's Complaint for violation of 29 USC § 1166, violation of California Insurance Code § 10128.55, breach of contract, negligence, negligent misrepresentation, intentional misrepresentation and declaratory relief, arising from Defendant's failure to fulfill promises made to Plaintiff regarding continued coverage under employer sponsored health insurance and failure to comply with the requirements of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.*

This motion is made on the grounds that despite proper service of the Complaint on the Defendants, Defendants failed to respond to the Complaint. The Clerk entered default against Defendant John E. Kindt on February 6, 2024, and on Defendant NTI-CA INC. on May 6, 2024. The amount of judgment sought is the sum of $794,446.14 as set forth in the points and authorities in support of the motion attached hereto.

This Motion is based on this Notice, the points and authorities in support of the motion, the attached declaration of David E. Hallett, and the pleadings, files and other matters that may be presented at the hearing.

Dated: November 26, 2024                    BUSCEMI HALLETT LLP

/s/ David E. Hallett
_____

David E. Hallett
Patricia Tagufa
Attorneys for Plaintiff
MICHAEL J. FORBUSH